# Third District Court of Appeal

## State of Florida

Opinion filed July 11, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-107
Lower Tribunal No. 16-3245
_____

**Dufirstson Neree,**
Appellant,

vs.

**Juan Carlos De La Fuente, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Rodolfo A. Ruiz, Judge.

Dufirstson Julio "D.J." Neree, in proper person.

KYMP LLP, and Juan-Carlos "J.C." Planas, for appellees Guillermo Permuy and Alfredo Quintero.


Before SALTER, LOGUE and SCALES, JJ.

PER CURIAM.

Appellant, plaintiff below, Dufirstson Neree, appeals a January 11, 2018 trial court order captioned as an "Order Denying Plaintiff's Motion for Summary Judgment."[1] As is clear from the record on appeal, including the transcript from the January 11th hearing resulting in the entry of the order, the trial court correctly determined that appellant's lawsuit (lower tribunal case no. 16-03245-CA) was barred by the doctrine of res judicata. Indeed, the issues alleged by appellant in case no. 16-03245-CA were resolved adverse to appellant by virtue of the final judgment entered in case no. 16-00013-CA27.

Affirmed.

---

[1] Notwithstanding the caption of the order suggesting it is non-final, the content of the order (i.e., closing the case, denying all pending motions, referencing the res judicata effect of lower tribunal case no. 16-00013-CA27) makes clear that the appealed order has ended all judicial labor in the case. Miami-Dade Water & Sewer Auth. v. Metro. Dade Cty., 469 So. 2d 813, 814 (Fla. 3d DCA 1985). We therefore have jurisdiction.